Commonwealth *v.* Smith, Appellant.

Argued June 13, 1969. *Allan W. Lugg,* with him *Lugg & Snowiss,* for appellant; *Bernhard Dohrmann,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Steele, Appellant.

Submitted June 9, 1969. *Thomas E. Sterling,* for appellant; *Charles J. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.